UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW ROWE,

               Petitioner,

    v.

RICHARD MORGAN,

               Respondent.

Case No. C05-5264RBL

ORDER DISMISSING PETITION

    The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's federal *habeas corpus* petition is DISMISSED.

    (3)    The Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 2nd day of September, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1